# Third District Court of Appeal
## State of Florida

Opinion filed March 27, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0289
Lower Tribunal No. F97-32589
_____

**Katracy Dawson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Carlos J. Martinez, Public Defender, and Manuel Alvarez, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.

Before LOGUE, C.J., and EMAS and LINDSEY, JJ.

PER CURIAM.

Affirmed. State v. McBride, 848 So. 2d 287, 289 (Fla. 2003); Fla. Dep't of Transp. v. Juliano, 801 So. 2d 101, 105 (Fla. 2001).